# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**MICHAEL O'BRIEN**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**SHANNON SHOULDERS**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

Clerk of Court
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003-2205

July 27, 2021

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

AUG 0 9 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**Attention: Civil Filing Counter**

Re:   REMAND TO MARICOPA COUNTY SUPERIOR COURT

District Court Case Number:   CV-21-00841-PHX-SRB
Superior Court Case Number:   CV2021-006034 Horsman v. Jefferson et al

Dear Clerk:

Enclosed is a copy of the Order entered in this Court on July 27, 2021, remanding the above case to Maricopa County Superior Court for the State of Arizona.

Debra D. Lucas
District Court Executive/Clerk of Court

By:   W. Poth
Case Administration Specialist

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _Whitson_____   Dated: JUL 2 9 2021 _____